No. 01–1696. NISHIOKA v. UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER. C. A. 5th Cir. Certiorari denied.

No. 01–1697. MENON v. FRINTON. C. A. 2d Cir. Certiorari denied.

No. 01–1698. McCRARY v. COMSTOCK. C. A. 6th Cir. Certiorari denied.

No. 01–1699. WARREN v. MORRIS CERULLO WORLD EVANGELISM ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–1702. ALMANZAR v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 01–1703. RAMAPOUGH MOUNTAIN INDIANS ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1704. REGENCY OUTDOOR ADVERTISING, INC. v. CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 01–1705. LINVILLE v. CLAY COUNTY SHERIFF'S OFFICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1706. OVERY v. MURPHY ET VIR. Ct. Civ. App. Ala. Certiorari denied.

No. 01–1707. ASHTON ET AL. v. CITY OF MEMPHIS. C. A. 6th Cir. Certiorari denied.

No. 01–1709. AFC COAL PROPERTIES, INC. v. DELTA MINE HOLDING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1712. SARDONELL ET VIR v. NORIEGA ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1715. NORMAN ET AL. v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.